Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:       matt.jaksa@hro.com

Attorneys for Plaintiffs,

LAFACE RECORDS LLC; ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DOES 1-3,<br>　　　　　　　Defendant. | CASE NO. CIV-07-2221 RSL GGH<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

1
2
3
4   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
5   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
6   ORDERED that Plaintiffs may serve immediate discovery on California State University -
7   Sacramento to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks
8   documents that identify each Doe Defendant, including the name, current (and permanent) addresses
9   and telephone numbers, e-mail addresses, and Media Access Control addresses for each Defendant.
10  The subpoena may also seek all documents and electronically-stored information relating to the
11  assignment of any IP address which Cal State - Sacramento cannot link to a specific Doe Defendant.
12  The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
13  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
14  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
15  under the Copyright Act.
16
17  Dated: 10/31/07                          /s/ Gregory G. Hollows
                                             U.S. Magistrate Judge
18
19
20
21                                           Laface.ord
22
23
24
25
26
27
28

2

[Proposed] Order Granting Ex Parte Application For Leave To Take Immediate Discovery
Case No.
#33313 v1