Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:        matt.jaksa@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>            Plaintiffs,<br>   v.<br><br>DOES 1-3,<br>            Defendant. | CASE NO. 2:07-CV-02221-LEW-GGH<br><br>The Honorable Ronald S. W. Lew<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

PDF created with pdfFactory trial version www.pdffactory.com

1    Pursuant to Plaintiffs' notice of voluntary dismissal of all Doe Defendants filed pursuant to
FED. R. CIV. P. 41,

    IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated: 12/19/2008

By: /s/ Ronald S. W. Lew
    Honorable Ronald S. W. Lew
    United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com